JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC ANTHONY ROMERO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, a public entity; COUNTY OF RIVERSIDE, a public entity; ABEL JUAREZ, individually;<br><br>Defendants. | Case **5:24-cv-00192-JGB-SHK**<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## **JUDGMENT**

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendant's Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.
3. Judgment is **ENTERED** in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: November 12, 2025

Honorable Jesus G. Bernal
United States District Judge